UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

**FILED**

JAN 25 2012



*************************************************************************

| | | |
|---|---|---|
| TAMARA AZURE, | * | CIV 11-3020 |
| | * | |
| Petitioner, | * | |
| | * | OPINION AND ORDER |
| -vs- | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent. | * | |
| | * | |

*************************************************************************

Petitioner timely filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 on September 28, 2011, and an amended motion on October 7, 2011, challenging her two assault convictions and the consecutive sentences that she received for those offenses. Her motions were summarily denied. She has filed a motion to reconsider.

This court summarily denies motions for reconsideration. The process of seeking reconsideration could be transformed into an endless chain of motions, filing a motion to reconsider the denial of the motion to reconsider, *ad infinitum.* As Judge Loken observed in his opinion in Wilkins v. Hartford Life and Accident Insur. Co., 299 F.3d 945, 948 (8th Cir. 2002): "Such motions (to reconsider) are frequently a futile waste of time for both the parties and the trial court."

Petitioner contends that she filed two separate motions to vacate as to each of her assault convictions. I addressed the issues she raised in both her motions and summarily dismissed all claims she raised in those motions.

Now, therefore,

IT IS ORDERED that petitioner's motion for reconsideration, Doc. 9, is denied.

Dated this 24th day of January, 2012.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, Clerk

BY: _____
DEPUTY

(SEAL)